IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 06 C 7117 |
| KAP ROOFING, INC., an Illinois corporation, | ) ) | JUDGE JAMES B. MORAN |
| Defendant. | ) ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on March 13, 2007, request this Court enter judgment against Defendant, KAP ROOFING, INC. In support of that Motion, Plaintiffs state:

1. On March 13, 2007, this Court entered default against Defendant and granted Plaintiffs' request for an order directing an audit of the Defendant's payroll books and records. The Court also entered an order that judgment would be entered after the completion of the audit.

2. Plaintiffs' auditors completed the audit of Defendant's payroll books and records on or about January 15, 2007. The audit findings show that the Defendant is delinquent in contributions to the Funds in the amount of $58,142.96. (See Affidavit of Scott P. Wille).

3. Additionally, the amount of $5,814.30 is due for liquidated damages. (Wille Aff. Par. 8). Plaintiffs' auditing firm of Levinson Simon & Sprung, P.C. charged Plaintiffs $1,786.47 to perform the audit examination and complete the report (Wille Aff. Par. 11). The audit findings are attached hereto.

4. In addition, Plaintiffs' firm has expended the total amount of $1,271.25 in attorneys' fees and $420.00 in costs in this matter. (See Affidavit of Catherine M. Chapman).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $67,434.98.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $67,434.98.

/s/ Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Kap\#19826\motion-judgment.jdg.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 15th day of May 2007:

                Mr. Keith A. Pinn, Registered Agent
                KAP Roofing, Inc.
                1002 Wedgewood Drive
                Crystal Lake, IL   60014


                                     /s/   Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Kap\#19826\motion-judgment.jdg.df.wpd